**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**MABLE L. ELLIS**                                                                                                **PLAINTIFF**

**VS.                              CASE NO. 4:07CV00041 JMM**

**MICHAEL CHERTOFF, SECRETARY, U.S.
DEPARTMENT OF HOMELAND SECURITY,
TRANSPORTATION SECURITY ADMINISTRATION, ET AL.             DEFENDANTS**


**ORDER**

Pending before the Court is the defendant's[1] Motion to Dismiss for lack of jurisdiction pursuant to Federal Rule of Procedure 12(b)(1) and failure to state a claim upon which relief can be granted pursuant to Federal Rule of Procedure 12(b)(6) (#13).  For the reasons stated below, the motion is granted and defendant Carlton M. Hadden is dismissed.

Plaintiff, an employee of the Transportation Security Administration ("TSA") brings this Title VII complaint against the EEOC contending that the EEOC's decision denying her appeal of TSA's denial of her complaint of employment discrimination on the basis of race was in error.

This Court does not have jurisdiction over plaintiff's claims as Title VII does not provide plaintiff the right to sue the EEOC because she believes its decision in her case was in error. *See* 42 U.S.C. § 2000e *et seq*. (2000); *McCottrell v. E.E. O.C.*, 726 F.2d 350, 351(7th Cir. 1984) (well settled that Title VII does not provide either express or implied cause of action against EEOC to challenge its investigation and processing of charge).

---

[1] Carlton M. Hadden as the Director of the Equal Employment Opportunity Commission's ("EEOC") Office of Federal Administration.

Plaintiff does have the right, however, to a *de novo* trial in this Court on the issue of whether her employer, TSA, discriminated against her.  Therefore, her case will continue against defendant Michael Chertoff, Secretary, U.S. Department of Homeland Security, Transportation Security Administration.

IT IS SO ORDERED THIS 16 day of May, 2007.

James M. Moody
United States District Court