IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MABLE L. ELLIS**                                                                                      **PLAINTIFF**

**VS.**            **CASE NO. 4:07CV0041 JMM**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**            **DEFENDANT**

### ORDER

Plaintiff's Motion for Appointment of Counsel is referred to the Magistrate Judge for appropriate action (#27).

IT IS SO ORDERED THIS   20   day of   July  , 2007.

_____
James M. Moody
United States District Court