**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**MABLE L. ELLIS**                                                                                    **PLAINTIFF**


**VS.**                                   **CASE NO. 4:07CV00041 JMM**


**MICHAEL CHERTOFF, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY**                                                                                    **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that

plaintiff's claim against defendant is dismissed with prejudice.

IT IS SO ORDERED this  9   day of   January, 2008.


_____
James M. Moody
United States District Judge